```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

United States of America

    v.                              2:04-cr-163-1

Anthony Clifton

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 87) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the indictment, and he is hereby adjudged guilty on that count.

Date: June 24, 2005                <u>    s\James L. Graham    </u>
                                            James L. Graham
                                            United States District Judge